# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### Case 6:22-cv-00055-CEM-DCI

LISA R. DISSINGER,

     Plaintiff,

v.

FRONTLINE ASSET STRATEGIES, LLC,

     Defendant.

_____/

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

     1) Lisa Dissinger, Plaintiff
     2) Frontline Asset Strategies, LLC, Defendant
     3) Alexander J. Taylor and Sulaiman Law Group, Ltd., Attorneys for Plaintiff

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

     None

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no

creditors' committee the 20 largest unsecured creditors):

       None

4.)    the name of each victim (individual and corporate), including every person who may be entitled to restitution:

       Plaintiff

5.)    Check one of the following:

  __X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

**-or-**

  _____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated: January 25, 2022          Respectfully submitted,

                  */s/ Alexander J. Taylor*
                  Alexander J. Taylor, Esq.
                  Florida Bar No. 1013947
                  Sulaiman Law Group, Ltd.
                  (Of Counsel)
                  2500 S. Highland Ave, Suite 200
                  Lombard, IL 60148
                  Telephone: (630) 575-8181
                  Facsimile: (630) 575-8188
                  ataylor@sulaimanlaw.com
                  *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid to the following participants:

Frontline Asset Strategies, LLC
c/o Registered Agent
CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.