UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LISA R. DISSINGER,**

        **Plaintiff,**

v.                                                    Case No.  6:22-cv-55-CEM-DCI

**FRONTLINE ASSET
STRATEGIES, LLC,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiff was required to file its Notice of Pendency of Other Actions on or before January 25, 2022. (INITIAL ORDER re: Case Management and Deadlines, Doc. 4, at 1–2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 5). Plaintiff has failed to comply, and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on February 3, 2022.



Copies furnished to:

Counsel of Record